UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. ED CV 22-00995-DOC-SHK            Date:  August 30, 2022

Title: ERIC HOLMES V. CRST, INC. ET AL.

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING MOTION TO AMEND [31]**

Before the Court is Plaintiff Eric Holmes' ("Plaintiff") Motion to Amend (Dkt. 31).

A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a)(1). Otherwise, a party may amend the party's pleading only by leave of court and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2).

Accordingly, the Court will grant leave to amend given the generous policy that favors amendments. *See Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990) (finding that the policy favoring amendments "is to be applied with extreme liberality"). As such, Plainitff's Motion is **GRANTED**, and Defendant CRST Expedited, Inc.'s Motion to Dismiss (Dkt. 21) and Plaintiff's Motion to Remand (Dkt. 16) are **DENIED AS MOOT**. The parties should refile their Motions by September 12, 2022 in light of the Second Amended Complaint.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu